# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LAMBROS GALANOS, LABROS SPIROS, : No. 3 MM 2018
LLC AND MOJO 516, LLC, :
:
        Petitioners :
:
:
v. :
:
:
SPIROS TATKIS, :
:
        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of March, 2018, the Application for Stay is DENIED.